POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| JOHN P CARDOSI, 111381<br>DIEMER, WHITMAN & CARDOSI, LLP<br>75 E SANTA CLARA ST STE 290<br>SAN JOSE, CA 95113-1826<br>TELEPHONE NO.: (408) 971-6270<br>ATTORNEY FOR (Name): Plaintiff | ORIGINAL FILED<br>MAY 29 2007<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>1301 Clay St. #400 South<br>Oakland, CA 94612-5212 | |

| PLAINTIFF/PETITIONER: CRUZ | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: AN FREMONT LUXURY IMPORTS INC., dba BMW | C07-02666 - WDB |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>CRUZ |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Complaint, Summons, Civil Case Cover Sheet, Order Setting Initial Case Management Conference and ADR Deadlines, Standing Order, Contents of Joint Case Management Statement, ECF Registration Information Handout.

3. a. Party served: AN FREMONT LUXURY IMPORTS INC., dba BMW OF FREMONT

   b. Person Served: Larry Long, General Manager - Person authorized to accept service of process

4. Address where the party was served: 5720 Cushing Pkwy
   Fremont, CA 94538        **BY FAX**

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): May 23, 2007    (2) at (time): 9:55 am

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   AN FREMONT LUXURY IMPORTS INC., dba BMW OF FREMONT

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name: Ceaser Railey
   b. Address: One Legal, Inc. - 132-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 44.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 850
         (iii) County ALAMEDA

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: May 25, 2007

Ceaser Railey
(NAME OF PERSON WHO SERVED PAPERS)          (SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6641163