Frank Cronin (#69840)
Tiffanny Brosnan (#184810)
Nathan W. Hicks (#236269)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000

Attorneys for Defendants
Fremont BMW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JED CRUZ,<br><br>  Plaintiff,<br><br>vs.<br><br>AN FREMONT LUXURY IMPORTS, INC. dba BMW OF FREMONT,<br><br>  Defendant. | CASE NO. C07-02666 WDB<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT [LOCAL RULE 6-1(a)]**<br><br>CTRM:  4<br>JUDGE: Hon. Wayne D. Brazil<br><br>DATE OF FILING: May 21, 2007 |

   **IT IS HEREBY STIPULATED,** by and between defendant Fremont BMW ("Defendant"), by and through its attorneys of record Snell & Wilmer L.L.P. and plaintiff Jose Jed Cruz ("Plaintiff"), by and through his attorneys of record, Diemer, Whitman & Cardosi, LLP, that Defendant may have a two week extension of time through and including June 26, 2007, within which to answer or otherwise respond to the complaint in this case. This is the first extension of time requested.

   This extension does not alter the date of any event or deadline already fixed by the Court Order and therefore does not require a Court Order, per Local Rule 6-1(a).

1  IT IS SO STIPULATED,

2

3  Dated: June 8, 2007                    DIEMER, WHITMAN & CARDOSI, LLP

4

5

6                                          By: _____
                                           John P. Cardosi
7                                          Attorney for Plaintiff Jose Jed Cruz

8

9  Dated: June __, 2007                   SNELL & WILMER L.L.P.

10

11                                         By: _____
12                                         Frank Cronin
                                           Tiffanny Brosnan
13                                         Nathan W. Hicks
                                           Attorneys for Fremont BMW
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. C07-0266 WDB                    STIPULATION TO EXTEND TIME TO ANSWER
                              - 2 -      OR OTHERWISE RESPOND TO COMPLAINT

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689.

On June 8, 2007, I served, in the manner indicated below, the foregoing document described as **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT [LOCAL RULE 6-1(a)]** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

| | |
|---|---|
| John P. Cardosi, Esq.<br>Diemer, Whitman & Cardosi, LLP<br>75 E. Santa Clara St., Suite 290<br>San Jose, CA 95113-1826 | **Attorneys for Jose J. Cruz**<br><br>Tel:   (408) 971-6270<br>Fax:  (408) 971-6271 |

[x] **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

[ ] **BY FACSIMILE:** (C.C.P. § 1013(e)(f)).

[ ] **BY FEDERAL EXPRESS:** I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

[ ] **BY PERSONAL SERVICE:** I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

********

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 8, 2007, at Costa Mesa, California.

*/s/ Antonia Martin*
Antonia Martin

CASE NO. C07-02666 WDB                                                                 PROOF OF SERVICE