Frank Cronin (#69840)
Tiffanny Brosnan (#184810)
Brian Mills (#216078)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000

Attorneys for Defendant
BMW of Fremont

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JED CRUZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>AN FREMONT LUXURY IMPORTS, INC. dba BMW OF FREMONT,<br><br>　　　　　　Defendant. | CASE NO. C07-02666 WDB<br><br>CTRM:　4<br>JUDGE:　Hon. Wayne D. Brazil<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ACTION AND SUBMIT TO BINDING ARBITRATION**<br><br>DATE OF FILING: May 21, 2007 |

　　　　IT IS HEREBY STIPULATED by and between plaintiff Jose Jed Cruz and defendant BMW of Fremont (hereinafter "Defendant"), that this matter should be stayed and the dispute raised by the pleadings should be submitted to binding arbitration. Counsel for the parties respectfully request that the court issue an order, as set forth below, to that effect.

　　　　1.　　The parties to this action had previously agreed in a pre-dispute contract to arbitrate matters of the type pleaded in the Complaint in this action. That agreement, attached as Exhibit "A", was entered into between plaintiff and

1  defendant on March 19, 2003. The claims raised and parties named in this civil
2  action are within the scope of that agreement. Therefore, resolution of the dispute
3  raised in this action is governed by the terms of that agreement. That agreement
4  requires binding arbitration of all such claims and does not permit either party to
5  pursue a civil action against the other.

6      2.    All arbitrator's fees and arbitration administrative fees will be paid by
7  Defendant with no requirement that plaintiff pay any filing fee or its equivalent.
8  The parties will cooperate in selecting an arbitrator.

9      3.    The parties believe that this civil action should be stayed pending
10 completion of the arbitration and hereby request the court to enter an order to that
11 effect. Counsel for the parties suggest that, if this matter is stayed, the court
12 schedule a case status or arbitration review hearing at a point approximately nine
13 (9) months from this date, and that all other hearings or review dates be vacated.

14     4.    This stipulation may be signed in counterparts and facsimile copies
15 may be deemed originals for all purposes. Since this stipulation is merely
16 effectuating a contractual arbitration agreement entered into by the parties before
17 this action was filed, there is no requirement that the parties sign this stipulation.

Dated: 6/25, 2007

DIEMER, WHITMAN & CARDOSI,

By: _____
John P. Cardosi
Attorney for Plaintiff Jose Jed Cruz

1  Dated: June 25, 2007                    SNELL & WILMER L.L.P.

                                           By: _____
                                           Frank Cronin
                                           Tiffanny Brosnan
                                           Attorneys for Defendant BMW of
                                           Fremont

**IT IS ORDERED AS FOLLOWS:**

1. This action is stayed for all purposes, pending completion of the arbitration process;

2. A case status conference [or arbitration review conference] is set for _____a.m. on _____, 2008.

3. All other hearings and conferences scheduled in this matter are vacated.


_____, 2007                         _____
                                           Hon. Wayne D. Brazil

**EXHIBIT A**

# COMPREHENSIVE AGREEMENT
## EMPLOYMENT AT-WILL AND ARBITRATION

1. **At-Will Employment.** It is hereby agreed by and between _Jose Jed Cruz_ (hereinafter "Employee") and _BMW of Fremont_ (hereinafter "the Dealership") that the employment and compensation of Employee can be terminated by either the Dealership or Employee at any time, with or without cause or notice, at the option of either the Dealership or Employee. (The term "Dealership," as used herein, includes each and every officer, director, employee, agent, parent corporation(s), subsidiary corporation(s), wholly owned companies, affiliate and division, their successors, assigns, beneficiaries, servants, legal representatives, insurers and heirs).

2. **Arbitration of Disputes.** Both Employee and the Dealership acknowledge that the Dealership promotes a system of alternative dispute resolution that involves binding arbitration to resolve all disputes that may arise out of the employment context. Because of the mutual benefits (such as reduced expense and increased efficiency) which private binding arbitration can provide, both the Dealership and Employee agree that any claim, dispute, and/or controversy (including, but not limited to, any claims of discrimination and harassment, whether they be based on the Texas Commission on Human Rights Act, Title VII of the Civil Rights Act of 1964, as amended, as well as all other state or federal laws or regulations) that either Employee or the Dealership may have against the other shall be submitted to and determined exclusively by binding arbitration under the Federal Arbitration Act. This specifically includes any claim, dispute, or controversy, including class action claims, which would otherwise require or allow resort to any court or other governmental dispute resolution forum arising from, related to, or having any relationship or connection whatsoever with my seeking employment with, employment by, termination of employment from, or other association with the Dealership, whether based on tort, contract, statutory, or equitable law, or otherwise.

3. **Claims Excepted From Binding Arbitration.** The sole exceptions to the mandatory arbitration provision are claims arising under the National Labor Relations Act which are brought before the National Labor Relations Board, claims for medical and disability benefits under Workers' Compensation, and Unemployment Compensation claims filed with the state. However, nothing herein shall prevent Employee from filing and pursuing administrative proceedings only before the U.S. Equal Opportunity Commission or an equivalent state agency.

4. **Rules of Arbitration.** In addition to requirements imposed by law, any arbitrator herein shall be a retired state or federal court judge, or other similarly qualified individual with arbitration experience as mutually agreed to by the parties, and shall be subject to disqualification on the same grounds as would apply to a judge of such court. The arbitrator shall observe the rules of procedure, evidence, and discovery applicable in civil cases pending in state or federal court, or such other procedural rules as the arbitrator shall designate, provided they allow the parties to prosecute or defend their respective claims and defenses. Resolution of the dispute shall be based solely upon the law governing the claims and defenses set forth in the pleadings, and the arbitrator may not invoke any basis (including but not limited to, notions of "just cause") other than such controlling law. The

AutoNation – NW District
03/01/02

**EXHIBIT A**

4

arbitrator shall have the immunity of a judicial officer from civil liability when acting in the capacity of an arbitrator, which immunity supplements any other existing immunity. Likewise, all communications during or in connection with the arbitration proceedings are privileged. As reasonably required to allow full use and benefit of this agreement, the arbitrator shall extend the times set for the giving of notices and setting of hearings. Decisions shall include the arbitrator's written reasoned opinion, and shall be finding and binding upon the parties.

5. **Waiver of Jury Trial.** EMPLOYEE AND THE DEALERSHIP UNDERSTAND THAT BY VOLUNTARILY AGREEING TO THIS BINDING ARBITRATION PROVISION, BOTH GIVE UP THEIR RIGHT TO TRIAL BY JURY OF ANY CLAIM EITHER MAY HAVE AGAINST EACH OTHER.

6. **Severability.** Should any term or provision, or portion thereof, be declared void or unenforceable it shall be severed and the remainder of this agreement shall be enforceable.

7. **Exclusive Agreement.** It is further agreed and understood that the General Manager of the Dealership must enter into any agreement contrary to the foregoing in writing. No supervisor or representative of the Dealership, other than the General Manager of the Dealership, has any authority to enter into any agreement for employment for any specified period of time or make any agreement contrary to the foregoing. <u>Oral representations made before or after you are hired do not alter this Agreement</u>.

8. **Entire Agreement.** This is the entire agreement between the Dealership and Employee regarding the length of employment and reasons for termination of employment, and this agreement supersedes any and all prior agreements regarding these issues.

MY SIGNATURE BELOW ATTESTS TO THE FACT THAT I HAVE READ, UNDERSTAND, AND AGREE TO BE LEGALLY BOUND TO ALL OF THE ABOVE TERMS.

Signed at _Fremont_, ~~Texas~~ California, this _19_ day of _March_, 20_03_.

_____  _____
Employee's Signature           General Manager's Signature

_JOSE JEN F. CRUZ JR._   _____
Print Name (Employee)           Print Name (General Manager)

NW District District
3/1/02

2

**EXHIBIT A**

5

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689.

On June 25, 2007, I served, in the manner indicated below, the foregoing document described as **STIPULATION AND [PROPOSED] ORDER TO STAY ACTION AND SUBMIT TO BINDING ARBITRATION** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

| | |
|---|---|
| John P. Cardosi, Esq.<br>Diemer, Whitman & Cardosi, LLP<br>75 E. Santa Clara St., Suite 290<br>San Jose, CA 95113-1826 | **Attorneys for Jose J. Cruz**<br><br>Tel: (408) 971-6270<br>Fax: (408) 971-6271 |

[X] BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

[ ] BY FACSIMILE: (C.C.P. § 1013(e)(f)).

[ ] BY FEDERAL EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

[ ] BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

********

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 25, 2007, at Costa Mesa, California.

*/s/ Antonia Martin*
Antonia Martin

CASE NO. C07-02666 WDB                                    PROOF OF SERVICE