1  DIEMER, WHITMAN & CARDOSI, LLP
   JOHN P. CARDOSI, #111381
2  75 East Santa Clara Street, Suite 290
   San Jose, California   95113
3  Telephone:  (408) 971-6270
   Facsimile: (408) 971-6271
4  jcardosi@diemerwhitman.com

5  ATTORNEYS FOR Plaintiff
   JOSE JED CRUZ

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  JOSE JED CRUZ,                     )   Case No. CO7-02666 WDB
                                       )
12               Plaintiff,            )
                                       )   REQUEST FOR DISMISSAL
13  v.                                 )
                                       )
14  AN FREMONT LUXURY IMPORTS          )
    INC., dba BMW OF FREMONT,          )
15                                     )
                 Defendant.            )
16                                     )
                                       )
17  ───────────────────────────────────

18      PLAINTIFF JOSE JED CRUZ requests that this action be dismissed with prejudice, each

19  party to bear their own costs and attorneys fees.

20

21  Date: 3-19-2008                    DIEMER, WHITMAN & CARDOSI, LLP

22

23                                     By:_____/s/_____

24                                             John P. Cardosi

25

26

27

28

REQUEST FOR DISMISSAL                                          CO7-0266 WDB